IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

United States Court of Appeals
Fifth Circuit

**F I L E D**

October 21, 2011

Lyle W. Cayce
Clerk

No. 11-40502
c/w No. 11-40522
Conference Calendar

UNITED STATES OF AMERICA,

                    Plaintiff-Appellee

v.

DONACIANO RODRIGUEZ-MENDEZ,

                    Defendant-Appellant

Appeals from the United States District Court
for the Southern District of Texas
USDC No. 1:08-CR-1123-1
USDC No. 1:10-CR-1369-1

Before BENAVIDES, DENNIS, and SOUTHWICK, Circuit Judges.

PER CURIAM:*

    The Federal Public Defender appointed to represent Donaciano Rodriguez-Mendez has moved for leave to withdraw and has filed a brief in accordance with Anders v. California, 386 U.S. 738 (1967), and United States v. Flores, 632 F.3d 229 (5th Cir. 2011). Rodriguez-Mendez has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein.

---

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

We concur with counsel's assessment that the appeals present no nonfrivolous issue for appellate review.  Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEALS ARE DISMISSED.  See 5TH CIR. R. 42.2.